AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| The Travelers Indemnity Company of America <br><br> *Plaintiff(s)* <br> v. <br> Ohio Security Insurance Company and Southeastern Services, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:23-cv-00121 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ohio Security Insurance Company
c/o Registered Agent
Corporation Service Company
100 Shockoe Slip, FL 2
Richmond, VA 23219-4100

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John B. Mumford, Jr.
Hancock, Daniel & Johnson, P.C.
4701 Cox Road, Suite 400
Glen Allen, VA 23060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/22/2023

  Digitally signed by Tanya Levinson
Date: 2023.09.22 11:09:00 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00121

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* OHIO SECURITY INSURANCE COMPANY
was received by me on *(date)* 9/25/2023 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Rene Nordquist , who is
designated by law to accept service of process on behalf of *(name of organization)* CORPORATION SERVICE CO.
for OHIO SECURITY INSURANCE COMPANY on *(date)* 9/25/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/25/2023

*Server's signature*

MAT RANDAZZO
*Printed name and title*
Accuserve of VA
8223 Beatties Mill Road
Mechanicsville, VA 23111

*Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219.

    (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

    (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

    Beverley L. Crump  
    Donna Creekmore  
    Alyssa Kanarr  
    Rene Nordquist  
    Dustin Kline

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 5 day of January 2023.

CORPORATION SERVICE COMPANY

By: _Jackie Smetana_  
Jackie Smetana, Executive Vice President

STATE OF DELAWARE  
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 5 day of January 2023, by Jackie Smetana.

_Janet B Woznick_  
Notary Public

My Commission Expires: 5-18-2026

JANET B. WOZNICKI  
Notary Public  
State of Delaware  
My Commission Expires On  
May 18, 2026