AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| The Travelers Indemnity Company of America <br><br> *Plaintiff(s)* <br> v. <br> Ohio Security Insurance Company and Southeastern Services, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 4:23-cv-00121 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Southeastern Services, LLC
c/o Registered Agent
George J. Brooks, III
1304 Jamestown Rd. #A
Williamsburg, VA 23185-3309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John B. Mumford, Jr.
Hancock, Daniel & Johnson, P.C.
4701 Cox Road, Suite 400
Glen Allen, VA 23060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/22/2023

Digitally signed by Tanya Levinson
Date: 2023.09.22 11:12:07 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00121

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Southeastern Services, LLC c/o Geroge J. Brooks, III, RA
was received by me on *(date)* 09/22/2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jacqueline Estrada, Designated employee , who is
designated by law to accept service of process on behalf of *(name of organization)* Southeastern Services, LLC
1304 Jamestown Road, Williamsburg, VA  23185    on *(date)* 10/05/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/05/2023

*Server's signature*

William L. Sasser, Special Process Server
*Printed name and title*

508 Central Drive
Suite # 102
Virginia Beach, VA  23454

*Server's address*

Additional information regarding attempted service, etc:

## United States District Court

The Travelers Indemnity Company of America
                Plaintiff(s)

vs

Ohio Security Insurance Company and Southeastern Services, LLC
                Defendant(s)

**CERTIFICATE OF SERVICE**

Case No.: **4:23-cv-00121**

The undersigned being duly sworn, states:

I am over the age of 18 years old and not a party in the above named entitled action.

**I MADE SERVICE OF:** Summons and Complaint for Declatory Judgment; Exhibits; Procedure for Civil Motions and Notice

**SERVICE ON:** Southeastern Services, LLC c/o George J. Brooks, III, RA

**ADDRESS:** 1304 Jamestown Road, Unit A, Williamsburg, VA 23185

**DATE SERVED:** 10/05/2023  **TIME SERVED:** 1:06 PM

**(XX) SUBSTITUTE SERVICE (BUSINESS)- DELIVERED TO PERSON FOUND IN CHARGE OF USUAL PLACE OF BUSINESS OR EMPLOYMENT DURING BUSINESS HOURS AND GIVING INFORMATION OF ITS PURPORT.**

Jacqueline Druitt Estrada, Designated Employee

I declare under penalty of perjury that the return is true and correct.

_____ Date October 11, 2023

William Sasser, Jr.
Driskell Services, Inc.
508 Central Drive, Suite # 102,
Virginia Beach, VA 23454
757-961-6961

**SUBSCRIBED AND SWORN To** before me a notary public, 10/11/2023
In the City of Norfolk and the Commonwealth of Virginia.

_____
Teena Marie Driskell, Notary Public
Commission#: 268501
My Commission Expires: 04-30-2026



# WOOD & BROOKS

## Attorneys at Law

JAMES T. WOOD (1944-2004)
GEORGE U. BROOKS, III

1304A Jamestown Road
Williamsburg, Virginia, 23185
Office # (757) 229-0001
Fax # (757) 229-5159

Jacqueline Estrada, Paralegal
woodandbrooks@gmail.com

March 30, 2023

TO WHOM IT MAY CONCERN:

    You are hereby authorized to serve Jacqueline Druitt Estrada with any papers of which I am the registered agent for a corporation or company.

_____
George U Brooks, III