**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | | |
|---|---|---|
| **THE TRAVELERS INDEMNITY COMPANY OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**OHIO SECURITY INSURANCE COMPANY, et al.,**<br><br>**Defendants.** | ) | **Civil Action No.: 4:23-cv-00121** |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED by and among each of the parties to this action, through their designated counsel, that the above-captioned action, including all claims among all parties, be and hereby are dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own costs.

Respectfully submitted this 26th day of March, 2024.

/s/ John B. Mumford, Jr.
John B. Mumford, Jr. (VSB No. 38764)
Jessica A. Swauger (VSB No. 89612)
HANCOCK, DANIEL & JOHNSON, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
jmumford@hancockdaniel.com
jswauger@hancockdaniel.com
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
*Counsel for Travelers Indemnity Company of America*

/s/ Gary R. Reinhardt
Gary R. Reinhardt (VSB No. 32781)
KALBAUGH PFUND & MESSERSMITH PC
901 Moorefield Park Dr., Suite 200
Richmond, VA 23236
Gary.Reinhardt@KPMlaw.com
Telephone: (804) 320-6300
*Counsel for Southeastern Services, LLC*

/s/ Edwin F. Stephens
Edwin F. Stephens (VSB No. 25959)
CHRISTIAN & BARTON
901 East Cary Street, Ste. 1800
Richmond, VA 23219-4037
estephens@cblaw.com
Telephone: (804) 697-4124
Facsimile: (804) 697-6112
*Counsel for Ohio Security Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing to be emailed to the following:

Edwin F. Stephens (VSB No. 25959)
CHRISTIAN & BARTON
901 East Cary Street, Ste. 1800
Richmond, VA 23219-4037
estephens@cblaw.com
Telephone: (804) 697-4124
Facsimile: (804) 697-6112
*Counsel for Ohio Security Insurance Company*

Gary R. Reinhardt (VSB No. 32781)
KALBAUGH PFUND & MESSERSMITH PC
901 Moorefield Park Dr., Suite 200
Richmond, VA 23236
Gary.Reinhardt@KPMlaw.com
Telephone: (804) 320-6300
*Counsel for Southeastern Services, LLC*

/s/ John B. Mumford, Jr.
John B. Mumford, Jr. (VSB No. 38764)
Jessica A. Swauger (VSB No. 89612)
HANCOCK, DANIEL & JOHNSON, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
jmumford@hancockdaniel.com
jswauger@hancockdaniel.com
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
*Counsel for The Travelers Indemnity Company of America*