IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

THE TRAVELERS INDEMNITY
COMPANY OF AMERICA,

      Plaintiff,

v.                                    Civil Action No. 4:23-cv-00121

OHIO SECURITY INSURANCE
COMPANY, *et al.*,

      Defendants.

## **FINAL ORDER**

On March 26, 2024, the parties filed a stipulation of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 21. The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
Elizabeth W. Hanes
United States District Judge

Newport News, Virginia
Date: March 27, 2024